# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand twenty-three.

Before:  William J. Nardini,
     *Circuit Judge,*

_____

1199 SEIU United Healthcare Workers East,

    Petitioner-Appellee,

v.

Chinese-American Planning Council Home Attendant Program, United Jewish Council of the East Side Home Attendant Service Corp.,

    Respondents-Appellees,

v.

Gail Yan, et al.,

    Appellants,

Mei Kum Chu, et al.,

    Intervenors-Appellants.

_____

**ORDER**

Docket Nos. 21-631(L), 21-633(Con), 22-1587(Con)

Appellee Chinese-American Planning Council Home Attendant Program requests permission to file a late responsive brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

